Qt

14 Jan 09

To Honorable Judge Bucklo
Fear Jerome Finnigan
RE: Reyes v. City of Chicago et al. # 07 C 6877
RE: Heidegger v. City of Chicago et. al 07 C 5738

FILED
Jan 16 2009
JAN 16 2009
JUDGE ELAINE E. BUCKLO
UNITED STATES DISTRICT COURT

Dear Judge Bucklo
        My name is Jerome Finni[gan] a
defendant in the above referenced lawsuits. I am
currently incarcerated at the MCC-Chicago. I am
unable to represent myself In this case, because I am
incarcerated. I cannot appear on my own behalf and I
cannot afford to hire an attorney. I have
enclosed my petition for appointment of counsel
and I respectfully request that the Court consider
my petition at its earliest convenience. I believe
I have a good defense to the claims that have been
brought against me.
        I will also in the near future
be filing a motion for Temporary Restraining order (TRO)
In the case of Jerome Finnigan & Ungaretti & Harris
vs. City of Chicago, case # 08 CH 24841 (Cook Co.)
In that case, I have sued the city of Chicago for
failing to defend me in all the civil rights cases,
filed against me in violation of the City of
Chicago's duty to defend me as required in it's
Collective bargaining agreement with the Fraternal
Order of Police.

07 C 5738

I respectfully request that the court not take any further action in this case, to my detriment, until after it considers my petition. and until after the Cook County court hears and decides my TRO. any consideration in this matter is greatly appreciated.

Thank you
Sincerely
Jerome Finnagan