## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

BARBARA HEIDEGGER, and EM-TEES, INC., )
)
Plaintiffs, )
v. )
)
CITY OF CHICAGO, et al., )
)
Defendants. )

Case No. 07 C 5738

Judge Elaine E. Bucklo

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

s/ Christopher R. Smith
Christopher R. Smith
Amanda Antholt
Attorney for plaintiffs,
Barbara Heidegger and Em-Tees, Inc.
Smith, Johnson & Antholt, LLC
112 S. Sangamon Street
Suite 3F
Chicago, Illinois 60607
(312) 432-0400
DATE: 4\3\09

Respectfully submitted,
CITY OF CHICAGO a Municipal Corporation

MARA S. GEORGES
Corporation Counsel, on behalf of all defendants for purposes of lump-sum settlement amount to be paid in exchange for general release of all defendants in this matter by plaintiff

BY: s/ Daniel M. Noland
Terrence M. Burns
Daniel M. Noland
Molly E. Thompson
Dykema Gossett PLLC
10 South Wacker Drive, Suite 2300
Chicago, Illinois 60606
(312) 876-1155